UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GREGORY HOLLOWAY | ) | |
| | ) | |
| Plaintiffs | ) | 05-1502 (RCL) |
| | ) | Next event: no event scheduled |
| v. | ) | |
| | ) | |
| GOVERNMENT OF THE | ) | |
| THE DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant | ) | |

ORDER

Upon consideration of plaintiffs' motion for leave to amend their first amended complaint, and Defendants' opposition, if any, in the above captioned case, and all arguments supporting and in opposition to said motion, the Court grants the motion.

_____
Judge Royce C. Lamberth
United States District Court Judge

copies to:

Counsel for Plaintiffs and the Class:

William Claiborne
717 D Street, NW
Suite 210
Washington, DC 20004
Phone 202/824-0700

Fax 202/824-0745

Attorney General for the District of Columbia
441 4th Street, NW
Washington, DC 20004