UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GREGORY HOLLOWAY                )
                               )
        Plaintiffs             )        05-1502 (RCL)
                               )        Next event: no event scheduled
           v.                  )
                               )
GOVERNMENT OF THE              )
THE DISTRICT OF COLUMBIA,      )
                               )
                    Defendant  )

PROOF OF SERVICE

On 8/25/05 I personally served on the Mayor's designee a copy of the

original complaint, along with all process, including a copy of the notice of related

case, and I also personally served on the Mayor's designee a copy of the first

amended complaint.

Attached hereto as an exhibit is the return of service on the original

complaint time-stamped and signed by the mayor's designee.

                        _____wcc_____
                        William Claiborne
                        Attorney for plaintiffs
                        DC Bar # 446579

                        717 D Street, NW
                        Suite 210
                        Washington, DC 20004

Phone 202/824-0700
Fax 202/824-0745