AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

GREGORY HOLLOWAY
CI RIVERS CORRECTIONAL
145 PARKER'S FISHERY RD
WINTON, NC 27986
DCDC 229-450

**SUMMONS IN A CIVIL CASE**

V.

GOVERNMENT OF THE DISTRICT OF COLUMBIA
SERVE:
MAYOR OF THE DISTRICT OF COLUMBIA
1350 PENNSYLVANIA AVE
WASHINGTON, DC 2004

CASE NUMBER   1:05CV01502

JUDGE: Royce C. Lamberth

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 07/29/2005

TO: (Name and address of Defendant)

Government of the District of Columbia

SERVE: Mayor ANTHONY WILLIAMS
Or his designee
Office of the Secretary
Gladys Herring
John Wilson Building
1350 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WILLIAM CLAIBORNE
717 D Street, NW
Suite 210
Washington, DC 20004
Phone 202/824-0700
Fax 202/824-0745
law@claiborne.net

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JUL 2 9 2005

CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 8/25/05 |
| NAME OF SERVER (PRINT) William Claiborne | TITLE attorney for plaintiffs |

Check one box below to indicate appropriate method of service

- ☒ Served personally upon the defendant. Place where served: City Hall served mayor's designee personally

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

- ☐ Returned unexecuted: _____

- ☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/9/05
Date

Signature of Server

717 D St NW
Address of Server

William Claiborne
717 D Street, N.W.
Ste 210
Washington, D.C. 20004

2005 AUG 25 A 11: 50
SECRETARY OF D.C.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.