UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY HOLLOWAY, et. al., ) | |
|        Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 15-1502 (RCL) |
| ) | |
| DISTRICT OF COLUMBIA, et. al., ) | |
| ) | |
|        Defendant. ) | |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT
OF TIME TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT**

Pursuant to Fed.R.Civ.P. 6(b)(1), defendant, by and through counsel, request an enlargement of time to October 7, 2005, to file a response to plaintiffs' complaint. Pursuant to Local District Court Rule 7.1(m), the plaintiffs consent to this motion. Defendant respectfully directs the Court's attention to the attached Memorandum of Points and Authorities in support of this motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

____/s/_____
RICHARD S. LOVE [340455]
Chief, Equity 1

_____/s/_____
MARIA C. AMATO (414935)
Senior Assistant Attorney General
441-4th St., N.W., Sixth Floor
Washington, D.C. 20001

(202) 724-6642
Attorneys for Defendant
District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY HOLLOWAY, et. al., ) <br>     Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA, et. al., ) <br> ) <br>     Defendant. ) <br> _____ ) | Civil Action No. 15-1502 (RCL) |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO FILE
A RESPONSE TO PLAINTIFFS' COMPLAINT

Pursuant to Fed.R.Civ.P. 6(b)(1), defendant requests an enlargement of time to October 7, 2005, in order to file a response to plaintiffs' complaint. Plaintiffs consent to this request for an extension of time. Plaintiffs' complaint is a purported class action, involving a number of government facilities and operations. Additional time is necessary in order to review the allegations, confer with the client, conduct research and formulate a response. For the foregoing reasons, the defendants respectfully request that the Court grant this motion for an enlargement of time.

                              Respectfully submitted,

                              ROBERT J. SPAGNOLETTI
                              Attorney General

                              GEORGE C. VALENTINE
                              Deputy Attorney General
                              Civil Litigation Division


                              _____/s/_____
                              RICHARD S. LOVE [340455]
                              Chief, Equity 1

        _____/s/_____
        MARIA C. AMATO (414935)
        Senior Assistant Attorney General
        441-4th St., N.W., Sixth Floor
        Washington, D.C. 20001
        (202) 724-6642

        Attorneys for Defendant
        District of Columbia

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY HOLLOWAY, et. al.,<br>    Plaintiffs, | )<br>)<br>)<br>) |
| v. | )   Civil Action No. 15-1502 (RCL) |
| DISTRICT OF COLUMBIA, et. al.,<br>    Defendant. | )<br>)<br>)<br>)<br>) |

ORDER

Upon full consideration of Defendants' Motion for an Enlargement of Time to File a Response to Plaintiffs' Complaint, plaintiffs' consent, the entire record herein, and it appearing there is good cause therefor, on this _____ day of _____, 2005, it is hereby

ORDERED: That Defendants' Motion for an Enlargement of Time is Granted; and it is

FURTHER ORDERED: That the time for the defendant to file a response to plaintiffs' complaint , be and hereby is extended to October 7, 2005.

So ordered.

_____
The Honorable Royce C. Lamberth
United States District Judge