UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY HOLLOWAY, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1502 (RCL) |
| ) | |
| **DISTRICT OF COLUMBIA et al.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

Upon consideration of Defendants' Motion [7] for Enlargement of Time to File a Response to Plaintiffs' Complaint, and the grounds for the motion, it is hereby

ORDERED that Defendants' Motion [7] is GRANTED and it is further

ORDERED that defendant shall have until October 7, 2005 to respond to plaintiffs' complaint.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 15, 2005.