UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GREGORY HOLLOWAY | ) | |
| | ) | |
| Plaintiffs | ) | 05-1502 (RCL) |
| | ) | Next event: no event scheduled |
| v. | ) | |
| | ) | |
| GOVERNMENT OF THE | ) | |
| THE DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant | ) | |

## CONSENT MOTION FOR EXTENSION OF TIME IN WHICH TO FILE MOTION TO CERTIFY CLASS

Plaintiffs move this Court for an extension of time of 3 weeks to file their motion to certify class, due October 7, 2005 (within 90 days of filing the complaint). Plaintiffs want the extension in order to have an opportunity to consider defendant's responsive pleading to the complaint (also due October 7, 2005) before filing the motion. This motion is timely filed. FRCP 6.

**CONSENT SOUGHT AND OBTAINED**

Defendant consents to the relief sought in this motion.

**CONCLUSION.**

For the reasons stated above, the motion should be granted.

1

| | |
|---|---|
| Respectfully submitted,<br><br>_____<br>William Claiborne<br>DC Bar # 446579<br>Counsel Plaintiffs<br>717 D Street, NW<br>Suite 210<br>Washington, DC 20004<br>Phone 202/824-0700<br>Fax 202/824-0745 | |