UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GREGORY HOLLOWAY | ) | |
| | ) | |
| Plaintiffs | ) | 05-1502 (RCL) |
| | ) | Next event: no event scheduled |
| v. | ) | |
| | ) | |
| GOVERNMENT OF THE | ) | |
| THE DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant | ) | |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT

Plaintiffs move this Court to extend their time to file their opposition to defendant's motion to dismiss until Monday, October 24, 2005. The opposition is due October 21, 2005. Plaintiffs want the extension in order to address the issues in defendant's motion. This motion is timely filed. FRCP 6.

## CONSENT SOUGHT AND OBTAINED

Defendant consents to the relief sought in this motion. LCivR 7.1

## CONCLUSION.

For the reasons stated above, the motion should be granted.

1

|   |   |
|---|---|
| Respectfully submitted,<br><br>_____<br>William Claiborne<br>DC Bar # 446579<br>Counsel Plaintiffs<br>717 D Street, NW<br>Suite 210<br>Washington, DC 20004<br>Phone 202/824-0700<br>Fax 202/824-0745 |   |