UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GREGORY HOLLOWAY | ) | |
| | ) | |
| Plaintiffs | ) | 05-1502 (RCL) |
| | ) | Next event: no event scheduled |
| v. | ) | |
| | ) | |
| GOVERNMENT OF THE | ) | |
| THE DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

Plaintiffs' consent motion to extend by 2 days until October 24, 2005 their deadline for filing a response in opposition to defendant's motion to dismiss is hereby granted.

_____
Judge Royce C. Lamberth
United States District Court Judge

copies to:

Counsel for Plaintiffs and the Class:

William Claiborne
717 D Street, NW
Suite 210
Washington, DC 20004
Phone 202/824-0700
Fax 202/824-0745

Maria C. Amato  
Counsel for District of Columbia  
Senior Assistant Attorney General  
Civil Litigation Division, Equity Section I  
441 4th Street, N.W., 6th Floor South  
Washington, D.C. 20001  
Phone 202/724-6642  
Fax: 202/727-0431