UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY HOLLOWAY, <u>et al.</u>,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1502 (RCL) |
| ) | |
| **DISTRICT OF COLUMBIA <u>et al.</u>,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

Upon consideration of Plaintiffs' Consent Motion [11] for Extension of Time to File a Response in Opposition to defendants' motion to dismiss, and the grounds for the motion, it is hereby

ORDERED that Plaintiffs' Motion [11] is GRANTED and it is further

ORDERED that plaintiffs shall have until October 24, 2005 to respond to defendants' motion to dismiss.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, October 24, 2005.