UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY HOLLOWAY, <u>et. al.</u>, ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1502 (RCL) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT
OF TIME TO FILE A REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Pursuant to Fed.R.Civ.P. 6(b)(1), defendant, by and through counsel, requests an enlargement of time up to and including November 18, 2005, to file a reply to plaintiffs' opposition to defendant's motion to dismiss plaintiffs' amended complaint.[1] Pursuant to Local District Court Rule 7.1(m), the plaintiffs consent to this motion. Defendant respectfully directs the Court's attention to the attached Memorandum of Points and Authorities in support of this motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of
Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

---

[1] Defendant's motion seeks the dismissal of Plaintiffs' most recently amended complaint, which they indicate in footnote 1 of their opposition should have been styled as the "Second Amended Complaint" but was erroneously styled as the "First Amended Complaint.

                    /s/
_____
RICHARD S. LOVE [340455]
Chief, Equity 1

                    /s/
_____
MARIA C. AMATO (414935)
Senior Assistant Attorney General
441-4th St., N.W., Sixth Floor
Washington, D.C. 20001
(202) 724-6642
Attorneys for Defendant
District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY HOLLOWAY, <u>et. al.</u>,<br>      Plaintiffs, | )<br>)<br>)<br>) |
| v. | )    Civil Action No. 05-1502 (RCL) |
| DISTRICT OF COLUMBIA,<br>      Defendant. | )<br>)<br>)<br>)<br>) |

<u>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO FILE
A REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO
DISMISS PLAINTIFFS' AMENDED COMPLAINT</u>

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant requests an enlargement of time up to and including November 18, 2005, in order to file a reply to plaintiffs' opposition to defendant's motion to dismiss plaintiffs' amended complaint. Plaintiffs consent to this request for an extension of time. Plaintiffs' opposition is lengthy and the undersigned has a number of pressing obligations in another U.S. District Court case over the next two weeks that require immediate attention. Additional time is necessary in order to review plaintiffs' lengthy opposition and draft an appropriate reply. Granting this extension of time will further the interests of justice and will not prejudice plaintiffs. For the foregoing reasons, the defendant respectfully requests that the Court grant this motion for an enlargement of time.

                                            Respectfully submitted,

                                            ROBERT J. SPAGNOLETTI
                                            Attorney General for the District of
                                            Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


_____/s/_____
RICHARD S. LOVE [340455]
Chief, Equity 1

_____/s/_____
MARIA C. AMATO (414935)
Senior Assistant Attorney General
441-4th St., N.W., Sixth Floor
Washington, D.C. 20001
(202) 724-6642

Attorneys for Defendant
District of Columbia

4