UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY HOLLOWAY, et. al., )<br>　　　　Plaintiffs, )<br> )<br> )<br>v. )<br> )<br>DISTRICT OF COLUMBIA, )<br> )<br>　　　　Defendant. )<br>_____ ) | Civil Action No. 05-1502 (RCL) |

ORDER

Upon consideration of Defendant's Motion for an Enlargement of Time to File a Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss Plaintiffs' Amended Complaint, plaintiffs' consent, the entire record herein, and it appearing that there is good cause therefor, it is on this _____ day of _____, 2005, hereby

ORDERED: That Defendant's Motion for an Enlargement of Time is Granted; and it is

FURTHER ORDERED: That the time for defendant to file a reply to plaintiffs' opposition to defendant's motion to dismiss plaintiffs' amended complaint, be and hereby is, extended up to and including November 18, 2005.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Royce C. Lamberth
　　　　　　　　　　　　　　　　　　　　United States District Judge