UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY HOLLOWAY, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1502 (RCL) |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

Upon consideration of Defendant's Consent Motion [14] for Enlargement of Time to File a Reply to Plaintiffs' Opposition to defendant's motion to dismiss plaintiffs' amended complaint, plaintiffs' consent and the grounds for the motion, it is hereby

ORDERED that Defendant's Motion [14] is GRANTED and it is further

ORDERED that defendant shall have until November 18, 2005 to file a reply to plaintiffs' opposition to defendant's motion to dismiss plaintiffs' amended complaint.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 28, 2005.