UNITED STATES DISTRICT COURT

OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY HOLLOWAY, et al<br><br>Plaintiffs<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant | Civil Action No:   **05-1502 (RCL)**<br><br>Next Event: None scheduled |

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

All named Plaintiffs respectfully hereby move this Court pursuant to Fed. R. Civ. P. 23(a), 23(b) (2) and 23(b) (3) and (4) (B) enter an order certifying the class defined in this motion, appointing William Claiborne and Barrett Litt as class counsel and for other relief requested herein.

Plaintiffs request a hearing on this motion.

## CONSENT SOUGHT BUT NOT OBTAINED

Counsel for the Defendant, District of Columbia, Senior Assistant Attorney General Maria Amato states her client does not consent to the relief sought in this motion.

## MOTION TIMELY FILED

This motion is filed within the expiration of the 90 day period of LCvr23.1(b), as extended by timely filed motion.

## CLASS CERTIFICATION

Gregory Holloway, Karmase Washington, and Ricky Robertson move this Court pursuant to Fed. R. Civ. P. 23(a), 23(b) (2) and 23 (b) (3) to certify the "Overdetention Class" defined in the Second Amended Complaint as:

> (a) Each person who has been, is, or will be incarcerated in any District of Columbia Department of Corrections facility in the three years preceding the filing of this action up to and until the date this case is terminated; and (b) who was held in the DC Jail or the CTF after a judicial officer ordered his placement in a halfway house.

Gregory Holloway and Ricky Robertson move this Court pursuant to Fed. R. Civ. P. 23(a), 23(b) (2) and 23 (b) (3) to certify the "Male Equal Protection Class" defined in the Second Amended Complaint as:

> (a) Each male person who has been, is, or will be incarcerated in any District of Columbia Department of Corrections facility in the three years preceding the filing of this action up to and until the date this case is terminated; and (b) who was held in the DC Jail or the CTF after a judicial officer ordered his placement in a halfway house.

## CLASS NOTICE PROVISIONS

Plaintiffs' proposed notice procedures are set forth in their proposed trial plan, Plaintiffs' Exhibit # 16.  LCvR 23.1(c).

          Respectfully submitted

          _____
          WILLIAM CLAIBORNE
          D.C. Bar #446579
          Counsel for plaintiffs

          717 D Street, N.W.
          Suite 210
          Washington, D.C. 20004
          Phone 202/824-0700
          Fax 202/824-0745
          email law@claiborne.net