UNITED STATES DISTRICT COURT

OF THE DISTRICT OF COLUMBIA

| GREGORY HOLLOWAY, et al | |
|---|---|
| Plaintiffs | Civil Action No:   **05-1502 (RCL)** |
| v. | Next Event: None scheduled |
| GOVERNMENT OF THE DISTRICT OF COLUMBIA, | |
| Defendant | |

TABLE OF EXHIBIT

| **Exhibit No.** | **Description** |
|---|---|
| 1 | Affidavit of Brian Kriegler (attached as Exhibit 1 to Plaintiffs' opposition to Defendant's Motion to Dismiss) |
| 2 | Placement Waiting Lists for May 13, 2005 and June 17, 2005, District of Columbia Department of Corrections Halfway Houses |
| 3 | Holloway Class representative declaration |
| 4 | Washington Class representative declaration |
| 5 | Robertson Class representative declaration (unsigned) |

1

| 6 | **Holloway Commitment papers** |
| --- | --- |
|   | D.C. Superior Court Work Release Order, case F-2562-03 |
|   | D.C. Superior Court Release Order, case F-2562-03 |
| 7 | Affidavit of Karmase Washington regarding overdetention dates |
| 8 | **Washington Commitment papers** |
|   | D.C. Superior Court Work Release Order, case M-5744-03 |
|   | D.C. Superior Court Work Release Order, case M-6184-05 |
|   | D.C. Superior Court Commitment Pending Disposition Order case F-3435-05 |
|   | D.C. Superior Court Appearance Bond, case F-3435-05 |
|   | D.C. Superior Court Finance Office Receipt, case F-3435-05 |

| | |
|---|---|
| 9 | **Robertson Commitment papers** <br><br> D.C. Superior Court case file jacket entry for July 7, 2004 case M-13587-02 <br><br> D.C. Superior Court Work Release Order, case F-7722-03 <br><br> D.C. Superior Court High Intensity Supervision Program Release Order, case F-7722-03 <br><br> D.C. Superior Court Release Order, case F-7722-03 <br><br> Release order <br><br> JACCS print out showing actual placement date in halfway house of 1/13/05 and Release Date of 2/19/05 |
| 10 | Affidavit of Attorney Gregg Baron |
| 11 | Affidavit of Attorney Liz Sapirstein |
| 12 | Affidavit of Attorney Kevin Oliver |
| 13 | Dennis Galorowicz |
| 14 | Affidavit of Attorney of Michael O'Keefe |
| 15 | Berk affidavit |

| 16 | Proposed trial plan and Proposed notice procedures |
|----|----------------------------------------------------|
| 17 | Claiborne declaration |
| 18 | Litt declaration |