District of Columbia
Department of Corrections
Halfway House Placement
Waiting List
MAY 13, 2005

Please find below the list of inmates who are currently housed at the
Central Detention Facility (D.C. Jail) and/or the Correctional Treatment
Facility
(CTF) who are awaiting placement in the halfway house. The listing indicates
the date of the Work Release Order and the date that the inmate was medically
cleared for a halfway house placement. The overall clearance process
includes a medical clearance, NCIC and Wales check (completed at time of actual

placement) to ensure that there are no outstanding warrants, detainers or other

holds pending against the inmate. Inmates are selected from the waiting list

based on the oldest work release order.

```
INMATE NAME DCDC
PDID CASE
DATE OF WORK JUDGE
DATE MEDICALLY
RELEASE ORDER
CLEARED FOR PLACEMENT

COBB, Kenneth 369573 F7616-04
01/21/05 E. CHRISTIAN
01/24/05*
F251-05
E. CHRISTIAN
CAUTHEN, PIERRE 302875 566553
F6621-04 02/17/05
HOLEMAN 02/18/05*
GILBERT, LARRY 301711 520075
F1111-05 03/01/05
E. CHRISTIAN
05/06/05*
M6599-04
JOHNSON
T3485-04
DOYLE
KOONCE, TERRANCE 304536 551609
F1761-05 04/04/05
WINFILED 04/07/05
WILLIAMS, ERIC 261561 430296
F1938-05 04/12/05
RIGSBY
05/12/05
WASHINGTON, ARTIS 302245 516273
F1699-05 04/15/05
DIAZ
05/12/05
JACKSON, ANTONIO 250541 387489
F2078-05 04/20/05
CUSHENBERRY 04/20/05
HARRIS, RENAUD 304606 566649
F5766-04 04/25/05
GARDNER
04/26/05
LANHAN, DEREK 269863 476473
F222-05 04/27/05
LIEBOVITZ
04/28/05
MAHONEY, ERIC 304706 315562
DV1112-05 04/27/05
ROSS
04/28/05
DV1104-05
ROSS
WILSON, MARCO 302577 521978
F2273-05 04/29/05
CUSHENBERRY 04/29/05
```

```
JEFFEIES, THOMAS 289277 514176
M3911-05 04/29/05
BOASBERG 04/29/05
SIMMS, CLARENCE 194766 326019
DV1346-05 05/02/05 ROSS
05/04/05
WATSON, ARTHUR 227935 333009
F2433-05 05/02/05
?????
05/04/05
BOLDEN, GREGORY 286292 471836
F1993-05 05/02/05
GARDNER 05/04/05
LASSANE, JAMES 304575 572323
F2341-05 05/02/05
WINFIELD
05/04/05
DUDLEY, MICHEAL 287566 488017
M11252-04 05/03/05
O-KEARY
MOTEN, ANTHONY 302780 540955
M10808-04 05/03/05
O-KEARY
MILLER, ANDREW 302380 563653
F2435-05 05/03/05
HOLEMAN
05/09/05
SHAMBERGER, AARON 304922 476815
F297-05 05/04/05
E. CHRISTIAN 05/06/05

PAGE 2 OF 2
MOORE, LORENZO 202121 335630
F942-05 05/04/05
DIAZ
05/06/05
JACKSON, BOBBY 289089 483470
F2297-05 05/04/05
E. CHRISTIAN
05/06/05
F1291-05
E. CHRISTIAN
RHUE, ALEXANDER 305013 516854
F2502-05 05/04/05
E. CHRISTIAN 05/12/05
BUTT, RAY 291004
443465 M11921-04 05/05/05
WYNN
05/09/05
M6345-04
WYNN
M4371-05
SR. JUDGES
PROCTOR, DENNIS 205335 319281
M4128-05 05/06/05
BOASBERG 05/10/05
```

```
M3896-05
BOASBERG
HAMMOND, DEON 224943 386809
F2012-05 05/09/05
RIGSBY
05/10/05
F2369-05
RIGSBY
FINLEY, VERA 295255 457130
M4419-05 05/09/05
JOHNSON 05/10/05
M2367-05
J. JOHNSON
MAFUZ, NAOMI 305046
518779 M4407-05 05/09/05
JOHNSON
05/10/05
M12715-04 05/09/05
JOHNSON
M4394-05
JOHNSON
OWEN, LARRY 202232
241469 M4476-05 05/09/05
KEARY
05/12/05
HOOPER, SARA 203098 233074
M386-05 05/10/05
J. JOHNSON
05/12/05
M1842-05
J. JOHNSON
SPEIGHT, DARRYL 204004 313891
M9672-03 05/10/05
SR. JUDGES 05/12/05
F2487-05
LEIBOVITZ
M340-05
MITCHELL-RANKIN
JOHNSON, JAMES 272492 403960
F2577-05 05/10/05
CUSHENBERRY 05/12/05
BIGELOW, KEVIN 303546 546423
F8004-04 05/10/05
CUSHENBERRY 05/12/05
M13268-04
SR. JUDGES
M4273-05
SR. JUDGES
*Inmate recommitted from the halfway house due to
halfway house violations.
Prior medical clearance still valid (6 months).
TOTAL NUMBER OF MALES 30
TOTAL NUMBER OF FEMALES 03
TOTAL NUMBER OF INMATES 33
Steven Minus, Acting Administrator, Records Office (202)
673-8276
```

District of Columbia
Department of Corrections
Halfway House Placement
Waiting List
June 17, 2005
Please find below the list of inmates who are currently housed at the
Central Detention Facility (D.C. Jail) and/or the Correctional Treatment
Facility
(CTF) who are awaiting placement in the halfway house. The listing indicates
the date of the Work Release Order and the date that the inmate was medically
cleared for a halfway house placement. The overall clearance process
includes a medical clearance, NCIC and Wales check (completed at time of actual

placement) to ensure that there are no outstanding warrants, detainers or other

holds pending against the inmate. Inmates are selected from the waiting list
based on the oldest work release order.

INMATE NAME DCDC

```
PDID CASE
DATE OF WORK JUDGE
DATE MEDICALLY
RELEASE ORDER
CLEARED FOR PLACEMENT

BROWN, KEVIN 255048
449220 F981-05 04/15/05
MITCHELL-RANKIN 04/18/05
WILLIAMS, GREGORY 304761 572377
F1906-05 04/21/05
E. CHRISTIAN 06/14/05
AGYEPONG, JASHUA 305067 544781
F2609-05 05/16/05
RIGSBY
05/18/05
F7279-04 05/16/05
RIGSBY
T2498-05
DOYLE
WALLACE, WADE 305340 526952
M9579-04 06/03/05
CLARK
06/08/05
M4092-05
KEARY
ELKERSON, WALTER 255044 444075
F3080-05 06/06/05
HOLEMAN 06/08/05
PINKETT, INETT 225238 371538
F3026-05 06/06/05
MOTLEY
06/08/05
M4230-05
CLARK
DONALDSON, KEITH 276768 469846
F1170-05 06/06/05
CHRISTIAN 06/15/05
BACCHUS, NATHANIEL 251752 429643
DV1817-05 06/07/05
ISCOE 06/10/05
DV1815-05
ISCOE
DV1816-05
ISCOE
MUNDINE, ERICK 242778 367239
04379-96 06/07/05
UNKNOWN
06/13/05
WEBB, LEON 235991 367665
F7403-04 06/07/05
RIGSBY
06/15/05
GINBELL, ROBERT 280885 475793
M5610-05 06/09/05
Sr. JUDGES 06/15/05
```

```
HAWKINS, PARNELL 303451 509564
F6952-04 06/09/05
LEIBOVITZ 06/15/05
F3083-05
LEIBOVITZ
BULLOCK, KORAN 304549 519929
F3085-05 06/09/05
LEIBOVITZ
06/15/05
F6953-04
LEIBOVITZ
ALLEN, MICHAEL 305392 568853
F3122-05 06/10/05
CUSHENBERRY 06/15/05
MCCALIP, RALPH 19300 263360
M5615-05 06/10/05
G. JACKSON 06/15/05
PAGE 2 OF 2
FERRELL, JASPER 304009 534771
F4962-04 06/10/05
RIGSBY
06/15/05
F3193-05
RIGSBY
WILLIAMS, ORLANDO 265565 388924
M334-05 06/10/05
J. JOHNSON 06/15/05
F1515-05
RIGSBY
M5655-05
J. JOHNSON
F3168-05
RIGSBY
HART, MICHAEL 249109 407375
M5613-05 06/13/05
BOASBERG 06/14/05
M5195-05
BOASBERG
WRIGHT, SANDERS 259852 414776
F4510-04 06/13/05
CLARK
06/14/05
ANDERSON, VERMEL 232117 302690
M5625-05 06/13/05
E. CHRISTIAN 06/14/05
F2127-05
E. CHRISTIAN
M5386-05
Sr. JUDGES
JOHNSON, STEVEN 263303 366777
F1989-05 06/14/05
ISCOE
06/15/05
BRYANT, RASHAWN 294633 539555
F4172-04 06/14/05
HOLEMAN 06/16/05
```

```
MATTHEWS, BERNARD 282998 479094
M5898-05 06/15/05 G.
JACKSON 06/15/05
*Inmate recommitted from the halfway house due to
halfway house violations.
Prior medical clearance is valid for (6 months).
TOTAL NUMBER OF MALES 21
TOTAL NUMBER OF FEMALES 02
TOTAL NUMBER OF INMATES 23
Steven Minus, Acting Administrator, Records Office (202)
673-8276
Valerie Brown, Acting Administrator, Community
Corrections: (202)
727-2700


[Non-text portions of this message have been removed]
```

Reply | Forward

Up Thread | Message Index | View Source | **Message 12610** of 13695 < Previous Message | Next Message >
Unwrap Lines

Message #  [Go]   Search:  [Go] Post Message

Copyright © 2005 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Guidelines - Help