## CLASS REPRESENTATIVE DECLARATION

I, __Karnyese Washington__, declare and state as follows:

1. I am a plaintiff in the court action against the District of Columbia and any other named entities or individual(s) regarding my treatment at the ~~DC Jail~~ CTF + Jail because I was held in the DC Jail and CTF after a judge committed me to a halfway house.

2. I am currently a resident of (County/City, State) __D.C.__

3. I understand that I have a continuing duty to represent the interests of the class as a whole at all times.

4. I understand that it is my duty and responsibility to inform class members of this case and of their right to be included as a class member.

5. As a class representative, I understand my duty to the class to follow through with this case to the end through my lawyers.

6. So far as I know, I have no antagonistic or conflicting interests with any of the other class members.

7. I will not make any settlement, compromise, or dismissal of this case which will sacrifice the interests of the class as a whole in order to maximize my personal recovery from this lawsuit.

1

I, pursuant to 28 U.S.C. § 1746, certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct, executed on (date) 8/2/05 at (City/County and State) DC.

X Karen Werlifon

## **Duties of Class Representatives**

1.    A class representative volunteers to represent many other people with similar claims and damages. The class representative believes that it is important that all benefit from the lawsuit equally, because a class lawsuit will save time, money, and effort. Thus, a class action will benefit all parties, and the court. Such an action is an important tool to assure compliance with the law, and to ensure just compensation to all those similarly situated.

2.    A class representative represents the interests of all litigation class members in a lawsuit filed to recover money damages for the class.

3.    A class representative has claims which are typical of the members of the class.  This is known as <u>common issues</u> of law or of fact.  For example, as a class representative, your claims against the defendants are <u>typical</u> of the claims of the members of the class against them because each class member incurred damages or injuries as a result of a common event. In this case, the "common event" was being strip-searched, and/or being held for more than 24 hours after your arrest before seeing a district court commissioner, and/or continuing to be detained for an unreasonable length of time after being released on personal recognizance and/or posting a bond.

4.    A class representative always considers the interests of the class as a whole just as his or her own personal interests would be considered.

5.    A class representative participates actively in the lawsuit by such things as testifying at deposition and trial, answering written interrogatories, providing information to Attorneys that is necessary for the case, and by keeping Attorneys advised of their **current whereabouts** at all times.  It is very important that Attorneys know how to contact a class representative when neccassary.

6.    A class representative recognizes and accepts that any resolution of the lawsuit, such as by settlement or dismissal, is subject to court approval and must be in the best interests of the class as a whole.

7.    A class representative is not required to know as much about lawsuit as a lawyer.  However, the class representative should be interested, on a continuous basis, in the progress of the lawsuit, and must make every effort to tell class counsel what he/she knows about the case.

8. I have reviewed this document or had it read to me and I acknowledge my duties as a class representative in the lawsuit against the District of Columbia and all defendants named in this lawsuit.

Dated: 8-2-05

_____
Signature