## CLASS REPRESENTATIVE DECLARATION

I, __Ricky Robertson__, declare and state as follows:

1. I am a plaintiff in the court action against the District of Columbia and any other named entities or individual(s) regarding my treatment at the DC Jail because I was held in the DC Jail after a judge committed me to a halfway house. I am willing to serve as a class representative in this case.

2. I am currently a resident of (County/City, State) __917 Varney St SE    Wash. DC  20032__.

3. I understand that I have a continuing duty to represent the interests of the class as a whole at all times.

4. I understand that it is my duty and responsibility to inform class members of this case and of their right to be included as a class member.

5. As a class representative, I understand my duty to the class to follow through with this case to the end through my lawyers.

6. So far as I know, I have no antagonistic or conflicting interests with any of the other class members.

7. I will not make any settlement, compromise, or dismissal of this case which will sacrifice the interests of the class as a whole in order to maximize my personal recovery from this lawsuit.

1

I, pursuant to 28 U.S.C. § 1746, certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct, executed on (date) __10/15/05__
at (City/County and State) __Wash DC__.

_____

2