# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America

v.

Defendant's Name: Gregory Holloway

Defendant's Address: _____

Defendant's Phone #: _____

Case No. F256203
Charge: Distribution of Cocaine
PDID # 289747

## PRETRIAL/PRESENTENCE WORK RELEASE ORDER
### YOU ARE HEREBY RELEASED UNDER 23 D.C. Code § 1321 (c)(xi)
### UNDER THE TERMS OF YOUR RELEASE:

1. You will be taken to the D.C. Jail and after processing there transferred immediately to a halfway house unless otherwise specified in this order.
2. You must refrain from illegal drug usage and abide by all regulations and program requirements of the Department of Corrections.
3. In the event of violation of any condition of release, you are subject to immediate remand to the Jail by the Department of Corrections. If you are remanded to the Jail, the Court will be notified within one (1) working day and an order will be entered reinstating work release or scheduling a hearing within five (5) working days to consider modification of conditions of release.
4. The following special conditions are imposed:
   - ☐ No social passes
   - ☐ Curfew imposed _____
   - ☐ Stay away order _____
   - ☐ Other conditions _____
   - ☐ Urinalysis by the Pretrial Services Agency

### YOU ARE NOT TO COMMIT ANY CRIMINAL OFFENSE.

**VIOLATIONS OF CONDITIONS:** You are further instructed that a warrant for your arrest may be issued immediately upon any violation of a condition of this release. Any violation of these conditions may subject you to revocation of release, an order of detention, and prosecution for contempt of court (a fine of not more than $1000 or imprisonment not more than 6 months or both).

**FAILURE TO APPEAR:** For any failure to appear as required before a judge or other judicial officer, you may be subject to prosecution and subject to the following penalties:
(IF FELONY CHARGE) A fine of not more than $5000 and imprisonment for not less than one year and not more than 5 years;
(IF MISDEMEANOR CHARGE) A fine of not more than the maximum provided for the offense for which you are presently charged and imprisonment for not less than ninety days and not more than 180 days.
Any failure to appear after conviction of any offense (felony or misdemeanor) while awaiting sentence or pending appeal or *certiorari* prior to commencement of sentence shall subject you to a fine of not more than $5000 and imprisonment of not less than one year and not more than 5 years.

**OFFENSES COMMITTED DURING RELEASE:** You are further instructed that if you are convicted of an offense committed while released, you may be subject to the following penalties in addition to any other applicable penalties: Imprisonment of not less than one year and not more than 5 years if convicted of commiting a felony while released; and imprisonment of not less than 90 days and not more than 180 days if convicted of commiting a misdemeanor while released.

**ANY SENTENCE IMPOSED FOR FAILURE TO APPEAR OR FOR OFFENSES COMMITTED DURING RELEASE** shall be consecutive to any other sentence.

NEXT DUE BACK on 10-23-03 in Courtroom 301 at 9:30 A.M.
If you have any questions about the date, time, or location CALL THE D.C. PRETRIAL SERVICES AGENCY AT 727-2800.

YOUR ATTORNEY: Greg Barm
address _____ phone no. _____

DEFENDANT'S SIGNATURE ► /s/ Gregory Holloway

WITNESSED BY _____ (title or agency)

I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of my release and agree to comply with the conditions of my release and to appear as required.

Date 8/25/03

SO ORDERED
/s/ Rafael Diaz
Signature of Judge

White — To Court Papers    Blue — To Department of Corrections    Green — To D.C. Pretrial Agency    Yellow — To Defense Attorney    Pink — To Defendant    Gold — To U.S. Attorney

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CRIMINAL DIVISION

UNITED STATES
DISTRICT OF COLUMBIA

Case No. F2562-03

vs.

Gregory Holloway

PDID/DCDC No. 289741

**RELEASE ORDER**

TO: ☒ Superintendent, D.C. Jail

☐ Superintendent, St. Elizabeths Hospital

☐ Other _____

Disposition having been entered this 23 day of October, 2003

in the above-entitled case, it is HEREBY ORDERED that the defendant be

☐ Transferred to _____

☒ Released from custody _This case only_

☐ Released into the custody of _____

_____
DEPUTY CLERK

_____
JUDGE/COMMISSIONER

Date 10/23/03

Form CD-1053/Apr. 00