UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GREGORY HOLLOWAY | ) | |
| | ) | |
| Plaintiffs | ) | 05-1502 (RCL) |
| | ) | |
| v. | ) | |
| | ) | |
| GOVERNMENT OF THE | ) | |
| THE DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant | ) | |

## AFFIDAVIT

I, Karmese Washington, pursuant to 28 U.S.C. § 1746, certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. On or about 6/20/05 a Superior Court judge committed me to the DC Jail in connection with Superior Court case F 3435-05 pending payment of a $200 bond.

2. On about 624/05, a Superior Court judge ordered me placed in a halfway house in case M 5744-03 and case number M 6184-05.

3. Bond was posted for me in case F 3435-05, the bond receipt was delivered to the DC Jail, and the Records Office discharged the bond hold on 6/25/05.

4.   However, I was not actually placed in the halfway house until 8/4/05

5.   I was released from Department of Corrections' custody on 9/15/05.

October 26, 2005

                                         Respectfully submitted,

                                         *(signature)*
                                         Karmese Washington