*Plaintiff's Exhibit #8*

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Case No. M6184-05
Charge Bail Reform Act
PDID # 522-793

United States of America
v.
Sharon Loanmusch Washington   2410 Minnesota Ave

**Defendant's Name** — **Defendant's Address** — **Defendant's Phone #**

### PRETRIAL/PRESENTENCE WORK RELEASE ORDER
YOU ARE HEREBY RELEASED UNDER 23 D.C. Code § 1321 (c)(xi)
UNDER THE TERMS OF YOUR RELEASE:

1. You will be taken to the D.C. Jail and after processing there transferred immediately to a halfway house unless otherwise specified in this order.
2. You must refrain from illegal drug usage and abide by all regulations and program requirements of the Department of Corrections.
3. In the event of violation of any condition of release, you are subject to immediate remand to the Jail by the Department of Corrections. If you are remanded to the Jail, the Court will be notified within one (1) working day and an order will be entered reinstating work release or scheduling a hearing within five (5) working days to consider modification of conditions of release.
4. The following special conditions are imposed:
   ☐ No social passes
   ☐ Curfew imposed
   ☐ Stay away order
   ☐ Other conditions
   ☑ Urinalysis by the Pretrial Services Agency
   1x weekly Drug Testing

**YOU ARE NOT TO COMMIT ANY CRIMINAL OFFENSE.**

**VIOLATIONS OF CONDITIONS:** You are further instructed that a warrant for your arrest may be issued immediately upon any violation of a condition of this release. Any violation of these conditions may subject you to revocation of release, an order of detention, and prosecution for contempt of court (a fine of not more than $1000 or imprisonment not more than 6 months or both).

**FAILURE TO APPEAR:** For any failure to appear as required before a judge or other judicial officer, you may be subject to prosecution and subject to the following penalties:
(IF FELONY CHARGE) A fine of not more than $5000 and imprisonment for not less than one year and not more than 5 years;
(IF MISDEMEANOR CHARGE) A fine of not more than the maximum provided for the offense for which you are presently charged and imprisonment for not less than ninety days and not more than 180 days.
Any failure to appear after conviction of any offense (felony or misdemeanor) while awaiting sentence or pending appeal or *certiorari* prior to commencement of sentence shall subject you to a fine of not more than $5000 and imprisonment of not less than one year and not more than 5 years.

**OFFENSES COMMITTED DURING RELEASE:** You are further instructed that if you are convicted of an offense committed while released, you may be subject to the following penalties in addition to any other applicable penalties: Imprisonment of not less than one year and not more than 5 years if convicted of committing a felony while released; and imprisonment of not less than 90 days and not more than 180 days if convicted of committing a misdemeanor while released.

**ANY SENTENCE IMPOSED FOR FAILURE TO APPEAR OR FOR OFFENSES COMMITTED DURING RELEASE** shall be consecutive to any other sentence.

**NEXT DUE BACK** on 7/21/05 in Courtroom 214 at 9:00 A.M.
If you have any questions about the date, time, or location CALL THE D.C. PRETRIAL SERVICES AGENCY AT 727-2800.

YOUR ATTORNEY _____ address _____ phone no.

DEFENDANT'S SIGNATURE ► [signature]
WITNESSED BY [signature]
Date 6/24/05

I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of my release and agree to comply with the conditions of my release and to appear as required.
(title or agency) C-Clerk

SO ORDERED
[signature]
Signature of Judge

White — To Court Papers   Blue — To Department of Corrections   Green — To D.C. Pretrial Agency   Yellow — To Defense Attorney   Pink — To Defendant   Gold — To U.S. Attorney
5-1208 wd 425

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Case No. **M7544-03**
Charge **Sexual Solicitation**
PDID # **522-793**

United States of America
v.
Defendant's Name: **Sharon Larmase Washington**
Defendant's Address: **2410 Minnesota Ave SE**
Defendant's Phone #:

## PRETRIAL/PRESENTENCE WORK RELEASE ORDER
YOU ARE HEREBY RELEASED UNDER 23 D.C. Code § 1321 (c)(xi)
UNDER THE TERMS OF YOUR RELEASE:

1. You will be taken to the D.C. Jail and after processing there transferred immediately to a halfway house unless otherwise specified in this order.
2. You must refrain from illegal drug usage and abide by all regulations and program requirements of the Department of Corrections.
3. In the event of violation of any condition of release, you are subject to immediate remand to the Jail by the Department of Corrections. If you are remanded to the Jail, the Court will be notified within one (1) working day and an order will be entered reinstating work release or scheduling a hearing within five (5) working days to consider modification of conditions of release.
4. The following special conditions are imposed:
   - ☐ No social passes
   - ☐ Curfew imposed
   - ☐ Stay away order
   - ☐ Other conditions
   - ☒ Urinalysis by the Pretrial Services Agency

   **1x weekly drug testing**

### YOU ARE NOT TO COMMIT ANY CRIMINAL OFFENSE.

**VIOLATIONS OF CONDITIONS:** You are further instructed that a warrant for your arrest may be issued immediately upon any violation of a condition of this release. Any violation of these conditions may subject you to revocation of release, an order of detention, and prosecution for contempt of court (a fine of not more than $1000 or imprisonment not more than 6 months or both).

**FAILURE TO APPEAR:** For any failure to appear as required before a judge or other judicial officer, you may be subject to prosecution and subject to the following penalties:
(IF FELONY CHARGE) A fine of not more than $5000 and imprisonment for not less than one year and not more than 5 years;
(IF MISDEMEANOR CHARGE) A fine of not more than the maximum provided for the offense for which you are presently charged and imprisonment for not less than ninety days and not more than 180 days.
Any failure to appear after conviction of any offense (felony or misdemeanor) while awaiting sentence or pending appeal or *certiorari* prior to commencement of sentence shall subject you to a fine of not more than $5000 and imprisonment of not less than one year and not more than 5 years.

**OFFENSES COMMITTED DURING RELEASE:** You are further instructed that if you are convicted of an offense committed while released, you may be subject to the following penalties in addition to any other applicable penalties: Imprisonment of not less than one year and not more than 5 years if convicted of commiting a felony while released; and imprisonment of not less than 90 days and not more than 180 days if convicted of commiting a misdemeanor while released.

**ANY SENTENCE IMPOSED FOR FAILURE TO APPEAR OR FOR OFFENSES COMMITTED DURING RELEASE** shall be consecutive to any other sentence.

NEXT DUE BACK on **7/21/05** in Courtroom **214** at **9:00 A.M.**
If you have any questions about the date, time, or location CALL THE D.C. PRETRIAL SERVICES AGENCY AT 727-2800.

YOUR ATTORNEY _____
address _____ phone no. _____

DEFENDANT'S SIGNATURE ▶ *(signature)*

WITNESSED BY *(signature)*

Date **6/24/05**

I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of my release and agree to comply with the conditions of my release and to appear as required.

*(signature)* **Clerk**
(title or agency)

SO ORDERED
*(signature)* **Keary**
Signature of Judge

White — To Court Papers   Blue — To Department of Corrections   Green — To D.C. Pretrial Agency   Yellow — To Defense Attorney   Pink — To Defendant   Gold — To U.S. Attorney
5-1208 wd-425

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

CITY OF WASHINGTON  
DISTRICT OF COLUMBIA } ss.   L42

Case No. F3435-05  
Replaces No. ———  
PDID No. 522793  
DOB 10-14-76

## COMMITMENT PENDING DISPOSITION

TO: SUPERINTENDENT, DISTRICT OF COLUMBIA JAIL

Receive in to your custody __KARMASE WASHINGTON__  
charged with __ASSAULT WITH A DANGEROUS WEAPON__

- ☐ Pending Sentence
- ☐ Juvenile    ☐ Suicidal    ☐ Drug Addiction    ( ) Treatment Ordered
- ☐ Protective Custody Ordered    ☐ Separated From: _____
- ☐ Work Release    ( ) ORDERED    ( ) RECOMMENDED
- ☐ Medical Treatment for: _____
- ☐ Medication as prescribed by: _____
- ☐ Other Remarks: _____

BOND SET __$200.00 CASH (TWO HUNDRED)__

Safely keep said defendant in your custody until discharged by due course of law; and for so doing, this shall be your sufficient order.

WITNESS the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this __20__ day of __JUNE__, 20 __05__

_____  
Judge

Clerk, Superior Court of the District of Columbia

By _____  
Deputy Clerk

White - Court Jacket    Canary - Institution

Form CD-1308/Apr. 00                                      *U.S. GPO: 2000-520-723/94595

# Superior Court of the District of Columbia

Motley
HFGO

## APPEARANCE BOND

UNITED STATES OF AMERICA
DISTRICT OF COLUMBIA

CASE NO. __F3435-05__

v.

__WASHINGTON, KARMATE__

☐ Surety Bond        ☒ Cash Bond        ☐ Per Centum Bond

We the undersigned jointly and severally acknowledge that we and our personal representatives are bound to pay to the United States of America/District of Columbia the sum of __Two Hundred Dollars__ dollars ($ __200.00__ ); and hereby deposit the sum of _____ dollars ($ _____ ) with the Court as security therefor. Such deposit to be returned upon the performance of the conditions of release.

The conditions of this bond are that the above-named defendant is to appear in the Superior Court of the District of Columbia, and/or in the United States District Court for the District of Columbia in accordance with all orders and directions of the Court relating to the defendant's appearance and release in the above-entitled matter.

If the defendant appears as ordered and otherwise performs the foregoing conditions, then this bond is to be void, but if the defendant fails to perform the conditions, payment of the amount of the bond shall be due forthwith, and secured as provided by the Rules of the Superior Court of the District of Columbia and by the Federal Rules of Criminal Procedure and by other laws of the United States.

It is agreed and understood that this is a continuing bond which shall continue in full force and effect until such time as the undersigned are duly exonerated.

This bond is signed on this __25th__ day of __JUNE__ , 20 __05__ at Washington, D.C., and a copy is hereby received.

_____        _____
        Defendant                                Address

_____        _____
         Surety                                  Address

X __Phillip S Jackson JR__        X __2410 Minnasota Ave.__
   Party Posting Cash Bond                    Address

Signed and acknowledged before me this __25th__ day of __JUNE__ , 20 __05__

Next Court date: _____        _____
                                                      Deputy Clerk
For: _____

White – Jacket Copy    Canary – Bondsman Copy    Pink – Defendant's Copy

Form FO-1292/May 00

## FILE COPY
## SUPERIOR COURT OF DC

### FINANCE & BANKING-CRIMINAL FINACE OFFICE

Case No: _____/_____

| CAN NO. | ITEM | FEE | NO |
|---|---|---|---|
| 4-4601 | DWI | | |
| 4-4603 | TRAFFIC STAND TRIAL PRCT. | | |
| 4-4606 | TRAFFIC ELECT FORFEIT PRCT | | |
| 4-4609 | TRAFFIC TICKETS | | |
| 4-4612 | TRAFFIC BONDS | | |
| 4-4615 | TRAFFIC FINES | | |
| 4-4618 | TRAFFIC APPEAL FEE | $100.00 | |
| 4-4620 | TRAFFIC BOND FORFEITURES | | |
| 4-4622 | POST & FORFEIT (TRAFFIC) | | |
| 4-4624 | TRAFFIC OTHER | | |
| 4-4626 | TRAFFIC OVERPAYMENT | | |
| 4-4630 | DC STAND TRAIL PRECINCT | | |
| 4-4632 | DC ELECT FORFEIT PRECINT | | |
| 4-4635 | FIRE VIOLATIONS | | |
| 4-4638 | DC BONDS | | |
| 4-4639 | DC POST & FORFEIT | | |
| 4-4640 | DC FINES | | |
| 4-4642 | DC APPEAL FEE | $100.00 | |
| 4-4645 | DC BOND FORFEITURES | | |
| 4-4648 | DC OTHER | | |
| 4-4649 | DC OVER PAYMENT | | |
| 4-4650 | US STAND TRIAL PRECINCT | | |
| 4-4651 | US ELECT FORFEIT PRECINCT | | |
| 4-4652 | US BONDS | | |

```
DC SUPERIOR COURT
WASHINGTON, DC

06/25/2005  3:18 PM

     Case #
   05F 003435

US BONDS              200.00
-----------------------------
Total                 200.00

Cash                  200.00
-----------------------------
Change                  0.00

Oper MD  Z0841467 DCSC-1TFF
                     Felony

Please Save This Receipt.
```

$10.00