**Plaintiff's Exhibit #9**

| DATE: 7.7.04 | COUNT(S) | PLEA OF NOT GUILTY WITHDRAWN / JURY DEMAND WITHDRAWN / PLEA GUILTY, JUDGMENT GUILTY | COUNT(S) | CONTINUED DATE | Continued for: | In Courtroom Nbr. |
|---|---|---|---|---|---|---|
| COURT REPORTER | TAPE ☒ 112 | COUNT(S) | Bench Warrant Ordered and issued Forthwith / Bench Warrant Bond $ | COUNT(S) | Preliminary Hearing ☐ Held ☐ Waived ☐ Held for G.J. Action ☐ No Probable Cause | ☐ Remaining counts to be dismissed at sentencing |
| Counsel: ☐ IS PRESENT ☐ IS NOT PRESENT | | Defendant: ☐ IS PRESENT ☐ IS NOT PRESENT | | BOND $ | ☐ CASH ____ % ☐ SURETY | ☐ P.R. |

Probation revoked, defendant sentence as to count "A" One Hundred Twenty (120) days imprisonment VCC $50.00 due 11/15/04    Judgement & Commitment Filed

| Count(s) C | Nolle Prosequi Prosecutor | Defendant released and warned ☐ of Penalties for failure to return |
|---|---|---|
| ☒ New Commitment Executed | ☐ Back To Jail O.C.   ☐ Release Executed | ☐ Not In Custody |
| A DISPOSED | PENDING | CLERK aw / bk   JUDGE/COMM. Bayly |
| CLOSED | Held G.J. | CONT. PAY | Show Cause | B/W | Status | Jury | Non Jury | Sent. | Others | Updated By | | |

| DATE: 7-26-04 | COUNT(S) | PLEA OF NOT GUILTY WITHDRAWN / JURY DEMAND WITHDRAWN / PLEA GUILTY, JUDGMENT GUILTY | COUNT(S) | CONTINUED DATE | Continued for: | In Courtroom Nbr. |
|---|---|---|---|---|---|---|
| COURT REPORTER | TAPE ☐ | COUNT(S) | Bench Warrant Ordered and issued Forthwith / Bench Warrant Bond $ | COUNT(S) | Preliminary Hearing ☐ Held ☐ Waived ☐ Held for G.J. Action ☐ No Probable Cause | ☐ Remaining counts to be dismissed at sentencing |
| Counsel: ☐ IS PRESENT ☐ IS NOT PRESENT | | Defendant: ☐ IS PRESENT ☐ IS NOT PRESENT | | BOND $ | ☐ CASH ____ % ☐ SURETY | ☐ P.R. |

$50.00    VCCA paid on 7-7-04
See transaction filed within.

| Count(s) | Nolle Prosequi Prosecutor | Defendant released and warned ☐ of Penalties for failure to return |
|---|---|---|
| ☐ New Commitment Executed | ☐ Back To Jail O.C.   ☐ Release Executed | ☐ Not In Custody |
| DISPOSED | PENDING | CLERK CJC   JUDGE/COMM. |

| DATE: | COUNT(S) | PLEA ... | COUNT(S) | CONTINUED DATE | Continued for: | In Courtroom Nbr. |
|---|---|---|---|---|---|---|

(third section blank)

Name: **Ricky Robertson**    Docket No.: **M13587-02**

Form CD-1032/JUNE 90    PAGE 5    0-2954 wd239

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

PTR-70

United States of America

Case No. F7722-03
Charge PWID ECTASY while Arme
PDID # and other charges
498-235

v.

Ricky Robertson    917 Varney St. SE    2/563-3225

Defendant's Name    Defendant's Address    Defendant's Phone #

## PRETRIAL/PRESENTENCE WORK RELEASE ORDER
YOU ARE HEREBY RELEASED UNDER 23 D.C. Code § 1321 (c)(xi)
UNDER THE TERMS OF YOUR RELEASE:

1. You will be taken to the D.C. Jail and after processing there transferred immediately to a halfway house unless otherwise specified in this order.
2. You must refrain from illegal drug usage and abide by all regulations and program requirements of the Department of Corrections.
3. In the event of violation of any condition of release, you are subject to immediate remand to the Jail by the Department of Corrections. If you are remanded to the Jail, the Court will be notified within one (1) working day and an order will be entered reinstating work release or scheduling a hearing within five (5) working days to consider modification of conditions of release.
4. The following special conditions are imposed:
   ☐ No social passes
   ☐ Curfew imposed _____
   ☐ Stay away order _____
   ☐ Other conditions _____
   ☐ Urinalysis by the Pretrial Services Agency

### YOU ARE NOT TO COMMIT ANY CRIMINAL OFFENSE.

**VIOLATIONS OF CONDITIONS:** You are further instructed that a warrant for your arrest may be issued immediately upon any violation of a condition of this release. Any violation of these conditions may subject you to revocation of release, an order of detention, and prosecution for contempt of court (a fine of not more than $1000 or imprisonment not more than 6 months or both).

**FAILURE TO APPEAR:** For any failure to appear as required before a judge or other judicial officer, you may be subject to prosecution and subject to the following penalties:
(IF FELONY CHARGE) A fine of not more than $5000 and imprisonment for not less than one year and not more than 5 years;
(IF MISDEMEANOR CHARGE) A fine of not more than the maximum provided for the offense for which you are presently charged and imprisonment for not less than ninety days and not more than 180 days.
Any failure to appear after conviction of any offense (felony or misdemeanor) while awaiting sentence or pending appeal or *certiorari* prior to commencement of sentence shall subject you to a fine of not more than $5000 and imprisonment of not less than one year and not more than 5 years.

**OFFENSES COMMITTED DURING RELEASE:** You are further instructed that if you are convicted of an offense committed while released, you may be subject to the following penalties in addition to any other applicable penalties: Imprisonment of not less than one year and not more than 5 years if convicted of commiting a felony while released; and imprisonment of not less than 90 days and not more than 180 days if convicted of commiting a misdemeanor while released.

**ANY SENTENCE IMPOSED FOR FAILURE TO APPEAR OR FOR OFFENSES COMMITTED DURING RELEASE** shall be consecutive to any other sentence.

NEXT DUE BACK on 9-13-04 in Courtroom 310 at 9 A.M.    YOUR ATTORNEY _____
If you have any questions about the date, time, or location CALL
THE D.C. PRETRIAL SERVICES AGENCY AT 727-2800.    address    phone no.

DEFENDANT'S SIGNATURE ► X Ricky Robertson

I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of my release and agree to comply with the conditions of my release and to appear as required.

WITNESSED BY _____    (title or agency) Court Clerk

Date 8-11-04    SO ORDERED _____
Signature of Judge

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Calendar: 11
Docket No.: ~~F7722~~ F7722-C
PDID: 498-235

United States of America v.

Ricky Robertson    917 Varney St., SE WDC 20032    2/563-3225
Name                Address                         Telephone Number

## HIGH INTENSITY SUPERVISION PROGRAM (REVISED 11/29/04)

YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW. THESE CONDITIONS WILL BE IN EFFECT UNTIL YOUR CASE IS DISPOSED OF, OR UNTIL THEY ARE CHANGED OR AMENDED BY A JUDICIAL OFFICER.

| | |
|---|---|
| **Community Supervision** [ ] | You have been placed into the Community Supervision Phase of the High Intensity Supervision Program with Electronic Monitoring and are to follow the rules, regulations, and requirements of the Program. You are to:<br><br>Report for Program orientation on _____ at 10:00 a.m. at 633 Indiana Avenue, 10th floor, Suite 1020, NW, Washington, DC.<br><br>**Maintain face-to-face contact, abide by a curfew, attend group sessions, and/or participate in drug testing, as directed by the Pretrial Services Agency staff. You are to refrain from any illegal drug use. Failure to refrain from illegal drug use or to comply with your drug testing condition will result in an assessment for your placement into the Sanction-Based Treatment Program. Infractions of your contact and/or curfew requirements will, at a minimum, result in a more restrictive curfew, increased reporting requirements, and/or placement in the Home Confinement Phase of the Program, as described below and on the reverse of this Order.** |
| **Home Confinement** [X] | You have been placed into the Home Confinement Phase of the High Intensity Supervision Program with Electronic Monitoring and are to follow the rules, regulations, and requirements of the Program. You are to:<br><br>Report for Program orientation on 2/22/05 at 10:00 a.m. at 633 Indiana Avenue, 10th floor, Suite 1020, NW, Washington, DC.<br><br>**Maintain a 24-hour curfew for the initial 21 days of Program participation. In addition, you are to maintain face-to-face contact, attend group sessions, and/or participate in drug testing, as directed by the Pretrial Services Agency staff. You are to refrain from any illegal drug use. Failure to refrain from illegal drug use or to comply with your drug testing condition will result in an assessment for your placement into the Sanction-Based Treatment Program. Infractions of your contact and/or curfew requirements will, at a minimum, result in an increase in your 21 days of 24-hour curfew for up to an additional 21 days. After successfully completing the Home Confinement Phase, you will be placed into the Community Supervision Phase of the Program.** |
| **STAY AWAY** | You are to stay away from: |
| **OTHER** | |
| **You Are to** | Refrain from committing any criminal offense and comply with all conditions of release, or you shall be subject to additional proceedings pursuant to 23 DC Code §1329, **the penalties for which are explained on the reverse side of this order.** |
| **NEXT DUE BACK** | On 3/22/05 in Courtroom 301 at 9:30 am/pm. If you have any questions about the date, time or location, call the DC Pretrial Services Agency at (202) 220-5530. | Your Attorney: |

Defendant's Signature: _Ricky Robertson_

I understand the penalties that may be imposed on me for willful failure to appear, for violation of any conditions of release, and I agree to comply with the conditions of my release and to appear as required.

Witnessed by: _____ (title or Agency) _____

**IMPORTANT:** YOU MUST MAINTAIN YOUR RESIDENCE AT THE ABOVE ADDRESS. YOU CANNOT CHANGE YOUR ADDRESS WITHOUT PRIOR NOTIFICATION TO AND THE APPROVAL OF THE DC PRETRIAL SERVICES AGENCY. YOU MUST IMMEDIATELY NOTIFY THE DC PRETRIAL SERVICES AGENCY OF ANY CHANGE OF EMPLOYMENT OR OTHER CHANGE THAT MAY IMPACT ANY OTHER RELEASE CONDITION.

2/18/05
Date

SO ORDERED:
_Rafael Diaz_
Signature of Judicial Officer

08/26/2005 10:21 FAX                                                                                   ☒002

Page 1 of 2

## Inmate Record

### 295942 - ROBERTSON, RICKY FRANCIS

| | |
|---|---|
| Institution: | 57 - EXTENDED HOUSE |
| Current Location: | RELEASED |
| Record Status: | INACTIVE |
| Booking Number: | 2004-08903 |
| PDID Number: | 498235 |
| Social Security #: | 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 |
| US Marshal #: | N/A |
| # Total Bookings: | 3 Booking History |
| Commitment Date: | 07/03/2004 |
| Release Date: | 02/19/2005 |
| Release Type: | COURT ORDERED RELEASE |
| In Custody Of: | SELF |
| Parole Elig. Date: | 10/30/2004 |
| Short Term Date: | 10/30/2004 |
| Full Term Date: | 10/30/2004 |



### Personal Data

| | | | |
|---|---|---|---|
| Sex: | MALE | Race: | BLACK |
| Birth Date: | 09/19/1982 | Ethnicity: | AFRICAN AMERICAN |
| Birth Place: | DC | Education: | 11 |
| | | Occupation: | N/A |
| Hair: | BLACK | | |
| Eyes: | BROWN | Address: | 917 VARNEY ST |
| Weight: | 135 | | SE |
| Height: | 5' 9" | | WASH, DC 20032 |

Aliases:    (No Alias SSN's)          (No Alias Names)

### Charges

**Charge: SUP-U091 - UCSA P W/I D MARIJUANA**

| | | | |
|---|---|---|---|
| Case#: | F0423704 | Min Sentence: | |
| Court: | SUPERIOR COURT | Max Sentence: | |
| Offense Date: | 07/03/2004 | Date Sentenced: | N/A |
| Date Charged: | 07/03/2004 | VVCC: | $ N/A |
| Counts: | 1 | Bond Amount: | $ N/A |
| Disposition: | G - COURT ORDERED DISMISSAL/RELEASE | Bond Type: | N/A |

**Charge: SUP-U091 - UCSA P W/I D MARIJUANA**

| | | | |
|---|---|---|---|
| Case#: | M1358702A | Min Sentence: | 0 yrs 0 mths 120 days |
| Court: | SUPERIOR COURT | Max Sentence: | 0 yrs 0 mths 120 days |
| Offense Date: | 07/03/2004 | Date Sentenced: | 07/07/2004 |
| Date Charged: | 07/03/2004 | VVCC: | $ N/A |
| Counts: | 1 | Bond Amount: | $ N/A |
| Disposition: | Z - CHARGE EXPIRED | Bond Type: | N/A |

**Charge: SUP-2842 - UCSA P W/I D OTHER**

| | | | |
|---|---|---|---|
| Case#: | F0772203 | Min Sentence: | |

08/26/2005 10:21 FAX                                                                   ☒003

Page 2 of 2

Court: SUPERIOR COURT
Offense Date: 07/12/2004
Date Charged: 07/12/2004
Counts: 1
Disposition: G - COURT ORDERED DISMISSAL/RELEASE

Max Sentence:
Date Sentenced: N/A
VVCC: $ N/A
Bond Amount: $ N/A
Bond Type: N/A

## Detainers

(No Detainer History)

## Transfer History

|       | Date/Time              | Institution                           |
|-------|------------------------|---------------------------------------|
| From: | 7/3/2004 6:40:42 PM    | INITIAL                               |
| To:   | 7/3/2004 6:40:42 PM    | 12 - CENTRAL DETENTION FACILITY (CDF) |
| From: | 7/19/2004 2:04:44 PM   | 12 - CENTRAL DETENTION FACILITY (CDF) |
| To:   | 7/20/2004 6:07:27 AM   | 11 - CORRECTIONAL TREATMENT FACILITY  |
| From: | 1/13/2005 3:48:19 PM   | 11 - CORRECTIONAL TREATMENT FACILITY  |
| To:   | 1/13/2005 5:29:34 PM   | 12 - CENTRAL DETENTION FACILITY (CDF) |
| From: | 1/13/2005 7:13:34 PM   | 12 - CENTRAL DETENTION FACILITY (CDF) |
| To:   | 1/13/2005 7:16:45 PM   | 57 - EXTENDED HOUSE                   |
| From: | 2/19/2005 9:10:00 AM   | 57 - EXTENDED HOUSE                   |
| To:   | 2/19/2005 9:10:00 AM   | RELEASE                               |

## Booking History

| Booking#   | Committment Date | Release Date |                    |
|------------|------------------|--------------|--------------------|
| 2004-08903 | 07/03/2004       | 02/19/2005   | <<<---Displayed Above |
| 2003-15157 | 12/13/2003       | 02/05/2004   |                    |
| 2003-02347 | 02/27/2003       | 03/18/2003   |                    |

*The Washington, DC Department of Corrections updates this information regularly. Therefore, information on this site may not reflect the current location, status, release date or other information regarding an inmate.*

*For additional information, please contact the DC Department of Corrections*

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

## CRIMINAL DIVISION

UNITED STATES
DISTRICT OF COLUMBIA

Case No. __F7722-03__

vs.

PDID/DCDC No. __498235__

__Ricky Robertson__

### RELEASE ORDER

TO: ☒ Superintendent, D.C. Jail

☐ Superintendent, St. Elizabeths Hospital

☐ Other _____

Disposition having been entered this __18__ day of __February__, 20__05__

in the above-entitled case, it is HEREBY ORDERED that the defendant be

☐ Transferred to _____

☒ Released from custody __This case only__

☐ Released into the custody of _____

_____
DEPUTY CLERK

_____
JUDGE/COMMISSIONER

Date __2-18-05__

Form CD-1053/Apr 00