*Plaintiff's Exhibit #11*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GREGORY HOLLOWAY, et al. | ) |
| Plaintiffs | ) |
| v. | ) |
| GOVERNMENT OF THE DISTRICT OF COLUMBIA | ) |
| Defendant. | ) |

### AFFIDAVIT OF LISBETH SAPIRSTEIN

I, Lisbeth Sapirstein, pursuant to 28 U.S.C. section 1746, certify a true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am employed as an attorney and I am engaged in the practice criminal defense law in the Superior Court of the District of Columbia and have so been engaged since 1999.

2. I am a member of the United States Panel at D.C. Superior Court and I have accepted hundreds of appointments to represent indigent defendants in criminal matters, many of whom have been ordered into halfway house placement by judicial officers pending outcome of their cases.

3. In my experience, it is the custom and routine practice of the Department of Corrections to detain such defendants at the D.C. Jail awaiting placement in the halfway house and that such placements from the D.C. Jail or the Correctional Treatment Facility may take from several days up to six weeks.

4. In my experience, it is the custom and practice of the Department of Corrections to generate a list of incarcerated persons awaiting placement in a halfway house and I have seen such waitlists.

5. I have examined Plaintiff's Exhibit No. 2 and they appear to be halfway house waitlists of individuals detained at the D.C. Jail or CTF and awaiting halfway house placement generated by the District of Columbia Department of Corrections.

October 28, 2005                    Respectfully submitted,

_____
Lisbeth Sapirstein