UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GREGORY HOLLOWAY                )
                                )
    Plaintiffs                  )    05-1502 (RCL)
                                )
    v.                          )
                                )
GOVERNMENT OF THE               )
THE DISTRICT OF COLUMBIA,       )
                                )
_____ Defendant ____)

## AFFIDAVIT

I, Michael O'Keefe, pursuant to 28 U.S.C. § 1746, certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am a member of the District of Columbia bar (bar # 443696).

2. I have routinely represented indigent defendants in the District of Columbia Superior Court since 1994, and I continue to do so.

3. During that time, based on my own personal knowledge, and common knowledge among the District of Columbia Superior Court criminal defense bar, that defendants in Superior Court cases ordered placed in a halfway house typically have to wait several weeks before the Department of

Corrections actually transfers them from the DC Jail or CTF to a halfway house.

4. This practice is so persistent and widespread that the Department of Corrections disseminates lists of persons awaiting placement into a halfway house (per a judge's order) and the length of time they have been waiting.

5. During this period I myself have handled numerous cases where my client was ordered by a judge into a halfway house but was kept in the DC Jail or CTF.

October 28, 2005

Respectfully submitted,

_____
Michael O'Keefe
District of Columbia