UNITED STATES DISTRICT COURT

OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY HOLLOWAY, et al<br><br>Plaintiffs<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant | Civil Action No:   **05-1502 (RCL)**<br><br>Next Event: None scheduled |

<u>PLAINTIFFS' MOTION FOR CLASS CERTIFICATION</u>

<u>PROPOSED ORDER</u>

Upon consideration of Plaintiffs' motion, and Defendant District of Columbia's opposition, if any, in the above captioned case, and all arguments supporting and in opposition to said motion, the Court finds that plaintiffs have established that they meet the prerequisites for class certification of Rule 23(a) of the Federal Rules of Civil Procedure and that plaintiffs have established that the class is properly certified pursuant to Rule 23(a), Rule 23(b)(2), Rule 23(b)(3), and Rule 23(c)(4) of the Federal Rules of Civil Procedure.  Accordingly, it is hereby ORDERED that plaintiffs' motion for class certification is GRANTED; it is

FURTHER ORDERED that a class is CERTIFIED; it is

FURTHER ORDERED that this action may be maintained as a class action pursuant to Federal Rule of Civil Procedure 23(a), 23(b)(2) and 23(b)(3) and Gregory Holloway, Karmase Washington and Ricky Robertson (the "Overdetained Named Plaintiffs") are certified as the proper representatives of the class consisting of:

(a) Each person who has been, is, or will be incarcerated in any District of Columbia Department of Corrections facility in the three years preceding the filing of this action up to and until the date this case is terminated; and (b) who was held in the DC Jail or the CTF after a judicial officer ordered his placement in a halfway house.

FURTHER ORDERED that this action may be maintained as a class action pursuant to Federal Rule of Civil Procedure  23(a), 23(b)(2), and 23(b)(3) and Gregory Holloway and Ricky Robertson (the "Equal Protection Overdetention Plaintiffs") are certified as the proper representatives of the subclass consisting of:

> (a) Each male person who has been, is, or will be incarcerated in any District of Columbia Department of Corrections facility in the three years preceding the filing of this action up to and until the date this case is terminated; and (b) who was held in the DC Jail or the CTF after a judicial officer ordered his placement in a halfway house.

FURTHER ORDERED that William Claiborne and Barrett Litt shall serve as class counsel.

_____
Judge Royce C. Lamberth
United States District Court Judge

copies to:

Counsel for Plaintiffs
William Claiborne
717 D Street, NW
Suite 210
Washington, DC 20004
Phone 202/824-0700
Fax 202/824-0745

Robert J. Spagnoletti
Attorney General for the District of Columbia
George C. Valentine
Deputy Attorney General
Civil Litigation Division
Richard S. Love
Chief, Equity I
Maria C. Amato
Senior Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
Phone 202/724-6642
Fax: 202/727-0431
Counsel for District of Columbia