UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY HOLLOWAY, et. al., ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Civil Action No. 05-1502 (RCL) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT
OF TIME TO FILE A RESPONSE TO PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION**

Pursuant to Fed.R.Civ.P. 6(b)(1), defendant, by and through counsel, requests that its time to file a response to plaintiffs' motion for class certification be enlarged until thirty (30) days after the Court rules on defendant's pending motion to dismiss the amended complaint filed in this matter. Pursuant to Local District Court Rule 7.1(m), defendant discussed this request with plaintiffs who do not consent to this motion. Defendant respectfully directs the Court's attention to the attached Memorandum of Points and Authorities in support of this motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of
Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

       ____/s/_____
       RICHARD S. LOVE [340455]
       Chief, Equity 1

       _____/s/_____
       MARIA C. AMATO (414935)
       Senior Assistant Attorney General
       441-4th St., N.W., Sixth Floor
       Washington, D.C. 20001
       (202) 724-6642
       Attorneys for Defendant
       District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY HOLLOWAY, <u>et. al.</u>,<br>　　　　Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　　Civil Action No. 05-1502 (RCL)<br>)<br>)<br>)<br>)<br>) |

<u>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S MOTION FOR AN ENLARGEMENT
OF TIME TO FILE A RESPONSE TO PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION</u>

　　　　Pursuant to Fed. R. Civ. P. 6(b)(1), defendant requests an enlargement of time up to and including thirty (30) days after the Court rules on defendant's pending motion to dismiss plaintiffs' amended complaint to respond to plaintiffs' motion for class certification. Plaintiffs do not consent to this request for an extension of time.

　　　　If the defendant's motion to dismiss plaintiffs' amended complaint was granted, the motion for class certification would be moot and no response would be required. Pegging defendant's extension request to the Court's ruling on the pending dispositive motion is reasonable since it is unlikely that any action on plaintiffs' motion for class certification would occur prior to a ruling on defendant's motion to dismiss, and a favorable ruling would eliminate the need for defendant to file a response or the Court to consider the matter of class certification. Thus, granting this extension would promote judicial economy. Moreover, extending defendant's time to respond to the class certification motion will not unreasonably delay these proceeding even if defendant's

3

motion to dismiss is denied.   For the foregoing reasons, the defendant respectfully requests that the Court grant this motion for an enlargement of time.

                                    Respectfully submitted,

                                    ROBERT J. SPAGNOLETTI
                                  Attorney General for the District of Columbia

                                  GEORGE C. VALENTINE
                                  Deputy Attorney General
                                  Civil Litigation Division

                                  _____/s/_____
                                  RICHARD S. LOVE [340455]
                                  Chief, Equity 1

                                  _____/s/_____
                                  MARIA C. AMATO (414935)
                                  Senior Assistant Attorney General
                                  441-4th St., N.W., Sixth Floor
                                  Washington, D.C. 20001
                                  (202) 724-6642

                                  Attorneys for Defendant
                                  District of Columbia