UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY HOLLOWAY, et. al., ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1502 (RCL) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
|     Defendant. ) | |

ORDER

Upon consideration of Defendant's Motion for an Enlargement of Time to Respond to Plaintiffs' Motion for Class Certification, the memorandum of points and authorities filed in support thereof and in opposition thereto, and the entire record herein, it is on this _____ day of _____, 2005, hereby

ORDERED: That Defendant's Motion for an Enlargement of Time is Granted; and it is

FURTHER ORDERED: That the time for defendant to file a response to plaintiffs' motion for class certification be and hereby is extended for thirty (30) days after the Court rules on defendant's motion to dismiss plaintiffs' amended complaint.

_____
The Honorable Royce C. Lamberth
United States District Judge