UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY HOLLOWAY, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | |
| v. ) | Civil Action No. 05-1502 (RCL) |
| ) | Next event: no event scheduled |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**NOTICE OF APPEARANCE OF ELLEN A. EFROS ON BEHALF OF
DEFENDANT THE DISTRICT OF COLUMBIA**

Please take notice that Ellen A. Efros, Assistant Attorney General, Office of the Attorney General of the District of Columbia, appears on behalf of Defendant the District of Columbia.

DATED: November 18, 2005

**Respectfully submitted,**

ROBERT J. SPAGNOLETTI
Corporation Counsel, D.C.
GEORGE C. VALENTINE
Deputy Corporation Counsel, D.C.
Civil Litigation Division

/s/ Richard S. Love_____
RICHARD S. LOVE, D.C. Bar No. 340455
Chief, Equity I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6635
Facsimile: (202) 727-0431

/s/ Ellen A. Efros_____
ELLEN A. EFROS, D.C. Bar No. 250746
Assistant Attorney General
Equity I Section

441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431
ellen.efros@dc.gov