UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY HOLLOWAY, et al.,** )<br>  )<br> Plaintiffs, )<br>  )<br> v. )<br>  )<br>**DISTRICT OF COLUMBIA,** )<br>  )<br> Defendant. )<br>  ) | Civil Action No. 05-1502 (RCL) |

### ORDER

Upon consideration of Defendant's Motion [17] for an Enlargement of Time to Respond to Plaintiffs' Motion for Class Certification, the memorandum of points and authorities filed in support thereof and in opposition thereto, the reply, and the entire record herein, it is hereby

ORDERED that Defendant's Motion [17] for an Enlargement of Time is GRANTED. It is further

ORDERED that the time for defendant to file a response to plaintiffs' motion for class certification be and hereby is extended for thirty (30) days after the Court rules on defendant's motion to dismiss plaintiffs' amended complaint.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, November 29, 2005.