UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY HOLLOWAY, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1502 (RCL) |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Upon consideration of Defendant's Motion [10] to Dismiss, the opposition thereto, the reply brief, the applicable law, and the entire record herein, it is hereby

ORDERED that Defendants' Motion to Dismiss is GRANTED. It is further

ORDERED that Plaintiffs' Second Amended Complaint is hereby DISMISSED WITH PREJUDICE. This action is now terminated.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, January 30, 2006.